*E-filed 5/30/12*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ART ROMO, | No. C 12-1906 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| GREG D. LEWIS, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner has not filed an IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice to petitioner paying the filing fee or filing an IFP application.

Two other persons, Michael Williams and Richard L. Terflinger, are also listed as petitioners. Both persons are hereby DISMISSED from this action. If Williams and Terflinger seek habeas relief, each must file his own individual petition. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: May 30, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-1906 RS (PR)
ORDER OF DISMISSAL